**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY OF PITTSBURGH, | : No. 60 WAL 2024<br>:<br>: |
| Petitioner | : Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court |
| v. | :<br>:<br>: |
| DARLENE NASH, | :<br>: |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

(1)    Whether a Public Housing Authority is precluded from evicting a tenant who invites a person into their Unit and the invitee commits a homicide inside that Unit because the invitee had purportedly been invited earlier to a different Unit on the Premises?